### THE STATE, Appellant, *vs.* WILHIGHT, Respondent.

1. See *State* v. *Bess,* ante.

### *Appeal from Reynolds Circuit Court.*

*Gardenhire,* (attorney general,) for the State.
No appearance for respondent.

RYLAND, Judge.   This case is within the principle settled by this court in the case of the *State* v. *John Bess & Polly Cox,* at this term.   It is an indictment under the same section of the act concerning crimes and punishments, and for a similar offence, and charged in the same manner as the offence was against Bess and Cox.   Reference is therefore had to the opinion of the of the court in the case of *Bess & Cox,* for the determination of this.   The judgment of the court below is reversed, and the cause remanded for further proceedings ; the other judges concurring.